IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOHN NANNI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: MJG-16-729 |
| v. | ) |
| | ) |
| WHITE MARSH PLAZA BUSINESS TRUST, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,                    Respectfully Submitted,

*/s/ Robert King*                           */s/ Michael W. Skojec*
Robert King (MD 07156)                      Michael W. Skojec (MD 03735)
King & Silverman                            Ballard Spahr LLP
3740 Olney Laytonsville Rd, Suite 333       300 E. Lombard St., 18th Fl.
Olney, MD 20832                             Baltimore, MD 21202
(240) 515-1465                              (410) 528-5600
bobking@silverkinglaw.com                   skojecm@ballardspahr.com
*Attorneys for Plaintiff*                   *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JOHN NANNI, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: MJG-16-729 |
| WHITE MARSH PLAZA BUSINESS TRUST, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby;

**ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice;

**ORDERED AND ADJUDGED** that the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE