IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

JOHN NANNI,                              )
                                         )
        Plaintiff,                       )
                                         )   Case No.: MJG-16-729
v.                                       )
                                         )
WHITE MARSH PLAZA                        )
BUSINESS TRUST,                          )
                                         )
        Defendant.                       )
                                         )
                                         )
                                         )
                                         )
_____      )

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby;

**ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice;

**ORDERED AND ADJUDGED** that the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this 3rd day of __June__ , 2016.

                                    /s/
                        _____
                        UNITED STATES DISTRICT JUDGE
                        MARVIN J. GARBIS